## STATE OF CONNECTICUT *v.* ANDRE CAMPBELL

The defendant's petition for certification for appeal from the Appellate Court, 116 Conn. App. 440 (AC 29794), is granted, limited to the following issue:

"Whether the Appellate Court properly relied on *State v. Sealy*, 208 Conn. 689, 546 A.2d 271 (1988), to conclude that one's residence or place of abode cannot include common corridors and areas used to access a bathroom, kitchen and other areas necessary to life?"

The Supreme Court docket number is SC 18453.

*Lisa J. Steele*, special public defender, in support of the petition.

*Adam E. Mattei*, special deputy assistant state's attorney, in opposition.

Decided September 23, 2009